**SEDGWICK LLP**
DAVID M. HUMISTON (State Bar No. 90579)
david.humiston@sedgwicklaw.com
ROBERT C. BOHNER (State Bar No. 136641)
robert.bohner@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:   213.426.6900
Facsimile:    213.426.6921

JS-6

Attorneys for Defendant
UNITEDHEALTHCARE INSURANCE CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MCCORMACK, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITEDHEALTHCARE INSURANCE CO.; and DOES 1-10, inclusive,<br><br>   Defendant. | Case No. CV 13-05437 MWF (AGRx)<br><br>**ORDER RE: DISMISSAL OF ACTION AGAINST UNITEDHEALTHCARE INSURANCE COMPANY WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 13-05437 MWF (AGRx) is dismissed in its entirety, with prejudice.

IT IS HEREBY ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: May 29, 2014          _____
                              United States District Judge